UNITED STATES of America, Plaintiff–Appellee,

v.

Alain CEBALLOS–RODRIGUEZ, Defendant–Appellant.

No. 14–10365

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 17, 2014.

Susan Hollis Rothstein–Youakim, Natalie Hirt Adams, Arthur Lee Bentley, III,

---

Amanda Lynn Riedel, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Victor Daniel Martinez, Tampa, FL, for Defendant–Appellant.

Alain Ceballos–Rodriguez, Folkston, GA, pro se.

Before TJOFLAT, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Victor D. Martinez, appointed counsel for Alain Ceballos–Rodriguez ("Ceballos") in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ceballos's convictions and sentences are **AFFIRMED.**